1684.   MOCK *et al v.* FIRST NATIONAL BANK OF COLQUITT.

HILL, C. J.   This was a suit on a promissory note, defended on the ground of payment. The question was purely one of fact, and was fairly submitted to the jury, who solved the conflict in the evidence in favor of the plaintiff; and there is no merit in any of the assignments of error of law        *Judgment affirmed.  Powell, J., disqualified.*

Complaint, from city court of Miller county—Judge Bush. January 2, 1909.

Submitted March 10,—Decided June 29, 1909.

*R. W. Grow, Pottle & Glessner,* for plaintiffs in error.

*W. I. Geer,* contra.